**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

WILLIAM SCHLUTH,

              Respondent

              v.

KRISHAVTAR, INC.,

              Petitioner

:  No. 164 EAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.